UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-85-CRS

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

JOSHUA JAYNES and                                          DEFENDANTS
KYLE MEANY

## **ORDER**

On August 20, 2025, the Court entered a Memorandum Opinion and Order dismissing the felony charges contained in Count One of the Superseding Indictment in this case. The Government has not appealed from that Order and its deadline for doing so has passed. Accordingly, on the Court's own motion, this matter shall be set for an in-person status conference to take place in the judicial chambers of the undersigned, Charles R. Simpson III, Senior Judge. The purpose of the conference shall be to discuss the current posture of the remaining charges and the disposition of same. The undersigned's Case Manager shall contact counsel for the parties for purposing of setting the date and time for the conference.

**IT IS SO ORDERED**.

September 22, 2025

Charles R. Simpson III, Senior Judge
United States District Court