UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA, )
)
Plaintiff, )     Case No. 3:22-cr-00085-CRS
)
v. )
)
JOSHUA JAYNES and )
KYLE MEANY, )
)
Defendants. )

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that J. Katie Neff, Acting Chief of the Criminal

Section, Civil Rights Division, hereby enters an appearance as an attorney of record

on behalf of the United States of America and requests electronic service of all

subsequent filings in this case via the Court's Case Management & Electronic Case

Filing (CM/ECF) system.

DATED: March 20, 2026.

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

*/s/ J. Katie Neff*

J. KATIE NEFF
Acting Chief
Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 305-0543

Authority Conferred by 28 U.S.C. 515

## CERTIFICATE OF SERVICE

I hereby certify that, on March 20, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to all parties.

/s/ J. Katie Neff
J. KATIE NEFF
Civil Rights Division