## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
## CRIMINAL ACTION NO. 3:22-CR-0085-CRS

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

JOSHUA JAYNES                                               DEFENDANT

### DEFENDANT JOSHUA JAYNES' RESPONSE (NO OBJECTION) TO UNITED STATES MOTION TO DISMISS

For his response to the United States' Motion to Dismiss with prejudice, Defendant

Joshua Jaynes confirms that he has no objection.

### CERTIFICATE OF SERVICE

It is hereby certified that on this 25th day of March, 2026, a copy of this document is

being filed electronically with the Clerk of the Court through the CM/ECF system, which will

send a notice and copy to each attorney of record, including Hon. J. Katie Neff and Hon. Robert

J. Keenan at the United States Department of Justice.

Respectfully submitted,

/s/ *Travis B. Lock*

TRAVIS B. LOCK
P.O. Box 51472
Bowling Green, Kentucky 42102
(270) 791-4285 telephone
(270) 622-4285 facsimile
tlock@tlocklaw.com