UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      PLAINTIFF,<br><br>v.<br><br>KYLE MEANY, ET AL.,<br><br>      DEFENDANTS. | Case No. 3:22-cr-00085-CRS |

### DEFENDANT KYLE MEANY'S RESPONSE (NO OBJECTION) TO UNITED STATES' MOTION TO DISMISS

For his response to the United States' Motion to Dismiss with prejudice,

Defendant Kyle Meany confirms that he has no objection.

Respectfully submitted,

*/s/ Michael M. Denbow*
Michael M. Denbow
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky  40202-3352
Telephone:  (502) 587-3400
mdenbow@stites.com

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 27th day of March, 2026, a copy of this document is being filed electronically with the Clerk of the Court through the CM/ECF system, which will send a notice and copy to each attorney of record, including Hon. J. Katie Neff and Hon. Robert J. Keenan at the United States Department of Justice.

*/s/ Michael M. Denbow*
Michael M. Denbow